FILED

JUN 10 2025

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:25-cr-069 |
| ) | |
| ) | SUPERSEDING INDICTMENT |
| v. ) | |
| ) | 18 U.S.C. § 2 |
| NICKLAS RAY STANLEY, ) | 18 U.S.C. § 2251(a) |
| ) | 18 U.S.C. § 2251(e) |
| Defendant. ) | 18 U.S.C. § 2252A(a)(2) |
| ) | 18 U.S.C. § 2252A(a)(5)(B) |
| ) | 18 U.S.C. § 2252A(b)(1) |
| ) | 18 U.S.C. § 2252A(b)(2) |
| ) | 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Attempted Sexual Exploitation of a Child)**

On or about March 18, 2022, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to use a minor, Minor Victim #1, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e) and Section 2.

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about March 21, 2022, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to use a minor, Minor Victim #2, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e) and Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about March 22, 2022, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to use a minor, Minor Victim #3, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e) and Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Sexual Exploitation of a Child)**

On or about March 22, 2022, in the Southern District of Iowa and elsewhere, the defendant, NICKLAS RAY STANLEY, did employ, use, persuade, induce, and entice a minor, Minor Victim #4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Receipt of Child Pornography)

On or about March 22, 2022, in the Southern District of Iowa, the defendant, NICKLAS RAY STANLEY, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: image and video files depicting Minor Victim #4 that defendant received via Snapchat—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about April 12, 2022, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #5, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Attempted Sexual Exploitation of a Child)**

On or about March 3, 2021, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #6, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Receipt of Child Pornography)

In or about July 2021, in the Southern District of Iowa, the defendant, NICKLAS RAY STANLEY, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: image and video files depicting Minor Victim #7 that defendant received via Snapchat—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 9**</u>
**(Possession of Child Pornography)**

On or about May 9, 2023, in the Southern District of Iowa, the defendant, NICKLAS RAY STANLEY, knowingly possessed material—namely: a Samsung Galaxy model SM-A516V cellular telephone—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), including an image involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 10**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about May 20, 2024, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #8, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 11**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about May 21, 2024, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #8, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>
**(Attempted Sexual Exploitation of a Child)**

On or about May 28, 2024, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #9, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 13**
**(Attempted Sexual Exploitation of a Child)**

On or about May 28, 2024, in the Southern District of Iowa, and elsewhere, the defendant, NICKLAS RAY STANLEY, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #10, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and/or 13 of this Superseding Indictment, the defendant, NICKLAS RAY STANLEY, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Samsung Galaxy model SM-A516V cellular telephone and a black iBuypower desktop computer model LHP05i-Series R189IBY60B with hard drive within.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney